In the Matter of KENNETH CAMERON, Appellant, v JOHN CATALDO et al., Respondents.

Submitted November 21, 2005; decided January 12, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division judgment dismissing the petition, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of DARNELL H., a Child Alleged to be Abused and Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROCHELLE C., Appellant.

Submitted November 28, 2005; decided January 12, 2006

Motion for leave to appeal dismissed as untimely (CPLR 5513 [b]; *see Eaton v State of New York*, 76 NY2d 824 [1990]).

WILLIAM MITCHELL, Appellant, v STATE OF NEW YORK, Respondent.

Submitted November 7, 2005; decided January 12, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

WILLIAM MITCHELL, Appellant, v STATE OF NEW YORK, Respondent.

Submitted November 14, 2005; decided January 12, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.